APPEAL No. 1557. WILLIAM T. YOUNG, INC. *et al.* v. HARRY SIMPSON. Motion of defendant-appellee that appeal be dismissed and appellants' motion for 30-day extension of time in which to file brief assigned to the calendar of March 8, 1974 for oral argument. *Raymond J. Surdut,* for appellant William T. Young, Inc. *Howard I. Lipsey,* for appellee.

February 21, 1974.

M. P. No. 74-26. TOWN OF LINCOLN v. ARTHUR COURNOYER. Motion of respondent for stay of enforcement of Superior Court order of December 21, 1973 is denied. *Louis E. Azar,* Town Solicitor, *Harry W. Asquith,* Special Master, for petitioner. *Walter R. Stone,* for respondent.

M. P. No. 73-113. VERNON H. HARDY *et al.* v. ZONING BOARD OF REVIEW OF THE TOWN OF COVENTRY. Motion to drop certain parties from the case, namely, William B. Spencer, William C. Marino, Mary R. Marino, Charles E. Bishop and Mary E. Bishop, is granted. Motion of Marion J. Dillon to withdraw as counsel for Vernon Hardy and Jacqueline Hardy granted. *Marion J. Dillon,* for petitioners. *Anderson & Kane, Paul A. Anderson,* for respondent.